FILED
SEP - 7 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) CR. NO. | **2:06cr214-MEF** |
| ) | [18 USC 2252A(a)(5)(B)] |
| DANIEL L. PLATT ) | |
| ) INDICTMENT | |

The Grand Jury charges:

## COUNT 1

On or about February 21, 2006 in Elmore County, Alabama, within the Middle District of Alabama,

DANIEL L. PLATT,

defendant herein, did knowingly possess material that contained images of child pornography that had been transported in interstate or foreign commerce by any means, including by computer: to-wit: the defendant possessed a Dell laptop computer, Model PP02X, Serial Number 6Y561 A00 containing one Fujitsu hard drive, Model Number MHS2030AT, Serial Number NL13T3517NGW, which contained images of minor children engaged in sexually explicit conduct, said images had been transported in interstate and foreign commerce by any means, including by computer. All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for violating Title 18, United States Code, Section 2252A(a)(5)(B) as alleged in Count 1 of this indictment, the defendant,

DANIEL L. PLATT,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

(1) any visual depiction described in Count 1 of this indictment and any book, magazine, periodical, film, videotape, and other matter which contains any such visual depiction, which was produced, transported, mailed shipped and received in violation of Chapter 110 of Title 18, United States Code;

(2) any property, real and personal, constituting and traceable to gross profits and other proceeds obtained from such offense; and

(3) any property, real and personal, used and intended to be used to commit and to promote the commission of such offense.

C. If any of the property described in this forfeiture allegation, as a result of any act and omission of the defendant

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred and sold to, and deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

the court shall order the forfeiture of any other property of the defendant up to the value of any property described in paragraph B above. All in violation of Title 18, United States Code, Section 2253.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
JOHN T. HARMON
Assistant United States Attorney

*[signature]*
TOMMIE BROWN HARDWICK
Assistant United States Attorney