AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____  District of  _____ALABAMA_____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| DANIEL L. PLATT<br>16 WILDWOOD DRIVE<br>DEATSVILLE, AL 36033 | Case Number:  2:06CR214-MEF |

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     _____DANIEL L. PLATT_____
                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with   (brief description of offense)

Child Pornography

in violation of Title  ____18____  United States Code, Section(s)  ____2252A(a)(5)(B)____

DEBRA P. HACKETT                                       /s/ Kelli Gregg
Name of Issuing Officer                                Signature of Issuing Officer

CLERK OF COURT                                         SEPTEMBER 8, 2006, MONTGOMERY, ALABAMA
Title of Issuing Officer                               Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |