IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,     *

v.     * CASE NO. 2:06cr214-MEF

DANIEL L. PLATT.     *

## NOTICE OF APPEARANCE

Comes now Denise A. Simmons, attorney for Daniel L. Platt in the above referenced action and files this Notice of Appearance.

Respectfully submitted this 13th day of September 2006.

Susan G. James (ASB7956J64S)
Attorney for Platt

Address of Counsel:
Law Offices of
Susan G. James & Associates
600 S. McDonough St.
Montgomery, AL 36104
(334) 269-3330

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the above on John Harmon, Assistant United States Attorney, P.O. Box 197, Montgomery, Alabama, 36101, this 13th day of September 2006.

The above instrument was served via:
( ) personal service
(X) first class mail
( ) certified mail, return receipt requested
( ) facsimile
( ) overnight courier

of Counsel