COURTROOM DEPUTY MINUTES  DATE: 9-13-2006
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 2:41 - 2:50 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: McPherson        DEPUTY CLERK: sql

CASE NO.: 2:06CR214-MEF       DEFT. NAME: Daniel L. PLATT

USA: ~~Cooke~~ Brunson       ATTY: Susan James
Type Counsel: ( ) Retained; (X) Panel CJA; ( ) Waived; ( ) CDO
( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant ___ does  ✓ does NOT need an interpreter

Interpreter present  ✓ NO  ___ YES  NAME: _____

- [x] kars. — Date of Arrest 9-13-06  or  [ ] karsr40
- [x] kia. — Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [x] kcnsl. — Deft. First Appearance with Counsel
- [ ] Deft. First Appearance without Counsel
- [ ] Requests appointed Counsel  [ ] ORAL MOTION for Appointment of Counsel
- [x] kfinaff. — Financial Affidavit executed  [ ] to be obtained by PTSO
- [ ] koappted — ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt. — Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ] Deft. Advises he will retain counsel. Has retained _____
- [ ] Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ] Government's WRITTEN Motion for Detention Hrg. filed.
- [x] kdmhrg. — Detention Hearing [ ] held; [x] set for 9-18-06 - 10 am
- [ ] kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- [ ] kocondrls. — Release order entered. Deft. advised of conditions of release
- [ ] kbnd. — [ ] BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
- [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [x] kloc.(LC) — Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] Preliminary Hearing [ ] Set for _____
- [ ] ko. — Deft. ORDERED REMOVED to originating district
- [ ] kwvprl. — Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ] Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [ ] karr. — ARRAIGNMENT SET FOR: _____ [ ] HELD. Plea of **NOT GUILTY** entered.
- [ ] Set for _____ Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
- DISCOVERY DISCLOSURES DATE: _____
- [ ] krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. — Identity/Removal Hearing set for _____
- [ ] kwvspt — Waiver of Speedy Trial Act Rights Executed