# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

========================================================

UNITED STATES OF AMERICA

    vs.                                CR NO: 06cr214-MEF

                                           [WO]

DANIEL L. PLATT

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon the motions of the government, it is

ORDERED that the motion for detention is GRANTED.  It is further

ORDERED that a detention hearing is set for 18 September 2006* at 10:00 a.m. before

UNITED STATES MAGISTRATE JUDGE VANZETTA PENN MCPHERSON, Frank M.

Johnson, Jr. United States Courthouse Complex, Courtroom 5A, One Church Street, Montgomery,

Alabama.

    The defendant is represented by retained counsel.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal and

produced for the hearing.

Date:   14 September 2006            **/s/ Vanzetta Penn McPherson**
                                   VANZETTA PENN MCPHERSON
                                   UNITED STATES MAGISTRATE JUDGE

_____

    *If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C.  §3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.