IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR. NO. 2:06cr214-MEF |
| | ) |
| DANIEL L. PLATT | ) |

ORDER

On Motion of the United States Attorney and for good cause shown, it is hereby ORDERED that the record of the proceedings for the Government's Motion for Detention held on September 18, 2006, be sealed.

DONE this the 21st day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE