IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR214-MEF |
| | ) | |
| DANIEL L. PLATT | ) | |

## ORDER

On 21 September 2006, the government filed a motion to seal the proceedings of the detention hearing held in this case on 18 September 2006. This court entered an order on 21 September 2006 granting that request. For good cause, it is further

ORDERED that the Order of Detention (Doc. #14) filed on 21 September 2006 be SEALED by the Clerk of the Court.

Done, this 22nd day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE