**COURTROOM DEPUTY'S MINUTES**   **DATE:** 9/25/06

**MIDDLE DISTRICT OF ALABAMA**   Digital Recording: 9:45 - 9:49

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr214-MEF   **DEFENDANT(S):** Daniel L. Platt

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | * | Denise Simmons |

❒ **DISCOVERY STATUS:**   Complete

❒ **PENDING MOTION STATUS:**   Defendant to file a Motion to Extend Time to File Pretrial Motions By 9/25/06 along with Motion to Suppress by 5:00 p.m. on 9/25/06

❒ **PLEA STATUS:**   Possible Plea

❒ **TRIAL STATUS**   2 days for Trial

❒ **REMARKS:**