IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR214-MEF |
| | ) | [WO] |
| DANIEL L. PLATT | ) | |

**ORDER ON MOTION**

For good cause, the defendant's Motion to Extend Time to File Pretrial Motions, filed on 25 September 2006 (Doc. # 19), is GRANTED. The pretrial motion was filed on 25 September 2006.

DONE this 28th day of September, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE