IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR214-MEF |
| | ) | [WO] |
| DANIEL L. PLATT | ) | |

**ORDER ON MOTION**

With leave of court, the defendant filed a Motion to Suppress Statements and Evidence on 25 September 2006 (Doc. # 20). This case is set for trial on 27 November 2006. For good cause, it is ORDERED as follows:

1. The government shall file its response to the suppression motion on or before 20 October 2006.

2. An evidentiary hearing on the motions will be set at a later date.

3. At the hearing, the defendant shall tender evidence, testimonial or marked exhibit(s), of his mental illness or mental or psychological status at the time that he made the challenged statements. Documentary evidence shall be certified by the author and provided to the government *before* the hearing.

The processing of these motions makes it impossible to try this case on 27 November 2006. Accordingly, the parties are ADVISED to file a joint motion to continue or an unopposed motion to continue the trial, along with the defendant's waiver of speedy trial. The next available term of court for the presiding district judge is 12 March 2007.

DONE this 28th day of September, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE