IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,   *

v.   * CASE NO. 2:06cr214-MEF

DANIEL L. PLATT.   *

## WAIVER OF SPEEDY TRIAL RIGHTS

The undersigned Defendant, Daniel L. Platt, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby requests trial in this matter be reset and foregoes/waives any speedy trial issues pertaining to the setting of this case

_____
**Daniel Platt**