**COURTROOM DEPUTY'S MINUTES**                **DATE:** 10/16/06

**MIDDLE DISTRICT OF ALABAMA**                Digital Recording: 9:37 - 9:39

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr214-MEF                **DEFENDANT(S):** Daniel L. Platt

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | |
| Tommie Brown Hardwick | | Denise Arden Simmons |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**     Complete


❏ **PENDING MOTION STATUS:**   Motion to Suppress


❏ **PLEA STATUS:**       Possible Trial


❏ **TRIAL STATUS**
                3 Days for Trial
                11/27/06 Trial Term


❏ **REMARKS:** Government's response to motion to suppress due by 10/20/06; Government suggests this motion may be resolved without a hearing