IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA, *

v.                          * CASE NO. 2:06cr214-MEF-VPM-1

DANIEL L. PLATT.            *

### MOTION TO CONTINUE

Comes now Daniel L. Platt by and through undersigned counsel and files this motion requesting that the presently set trial date of November 27, 2006 be continued and in support thereof states the following:

1. There is presently a motion to suppress pending that will heard sometime in January.

2. Platt has previously waived speedy trial.

3. During the pendency of this motion the time for speedy trial is told.

4. Based on the need to resolve the suppression issue before trial it is respectfully requested that the November 27, 2006 trial be continued until sometime after the suppression matter is resolved.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104

Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2006 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Brown Hardwick
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012