IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.    2:06cr214-MEF |
| | ) | |
| DANIEL L. PLATT | ) | |

## ORDER

Based upon this court's order *resetting* the trial in the above-styled case from November 27, 2006 to March 12, 2007, and for good cause, it is

ORDERED that the parties shall appear for a final pretrial conference on February 16, 2007 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 4th day of December, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE