IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 02:06cr214-MEF |
| | ) | |
| DANIEL L. PLATT | ) | |

**ORDER**

On 25 September 2006, the defendant in the above-styled case filed a Motion to Suppress (Doc. #20). The government has responded to the motion. Therefore, it is ORDERED as follows:

1. The parties shall appear for an evidentiary hearing on the motion on 16 January 2007 at 2:00 p.m. in Courtroom 5-A, Frank M. Johnson Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama;

2. The United States Marshal shall produce the defendant, if in custody, for the hearing; and

3. The Clerk of the court is DIRECTED to provide a court reporter.

DONE this 4th day of December, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE