**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

**UNITED STATES OF AMERICA,**  *

**v.**                                           * **CASE NO. 2:06cr214-MEF-WC-1**

**DANIEL L. PLATT.**                    *

**MOTION SEEKING LEAVE TO SUPPLEMENT MOTION TO SUPPRESS**

Comes now Daniel L. Platt by and through undersigned counsel and seeks

leave of court to supplement his motion to suppress and in support thereof states the

following:

1. On September 25, 2006 Platt caused to be filed a motion to suppress.

2. The government responded.  The court has not held a hearing to date.

3. Counsel recently visited Platt in the jail to discuss his case.  He pointed

out to counsel an additional suppression argument that counsel deems worthy of

inclusion in his suppression motion.

4. Therefore, the interests of justice demand that the motion be

supplemented.  Counsel seeks leave to do the same.

Respectfully submitted,

> s/Susan G. James
> SUSAN G. JAMES
> Attorney at Law
> 600 South McDonough Street
> Montgomery, Alabama 36104
> Phone: (334) 269-3330
> Fax: (334) 834-0353
> E-mail: sgjamesandassoc@aol.com
> Bar No: JAM012


## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2006 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Brown Hardwick
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101


> s/Susan G. James
> SUSAN G. JAMES
> Attorney at Law
> 600 South McDonough Street
> Montgomery, Alabama 36104
> Phone: (334) 269-3330
> Fax: (334) 834-0353
> E-mail: sgjamesandassoc@aol.com
> Bar No: JAM012