IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.  02:06cr214-MEF |
| | ) | |
| DANIEL L. PLATT | ) | |

## ORDER ON MOTION

On 19 December 2006, the defendant filed a Motion Seeking Leave to Supplement Motion to Suppress (Doc. #34).  The court has set an evidentiary hearing on the motion for 16 January 2007 at 2:00 p.m.   Therefore, it is

ORDERED that the motion is GRANTED.  The defendant shall file their supplement to the motion to suppress on or before 27 December 2006.

DONE this 20th day of December, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE