IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 02:06cr214-MEF |
| | ) | |
| DANIEL L. PLATT | ) | |

## ORDER

For good cause, it is

ORDERED that the Clerk is directed to file document #36 as a *Supplement to the Defendant's Motion to Suppress* and it should not be regarded as a pending motion.

DONE this 27th day of December, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE