MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. WALLACE CAPEL, JR.

| | |
|---|---|
| DATE COMMENCED: 1/16/07 | DIGITAL RECORDING: 2:01 - 5:08 |
| DATE COMPLETED: 1/16/07 | |

| | | |
|---|---|---|
| USA | * | 2:06cr214-MEF |
| vs | * | |
| DANIEL L. PLATT | * | |

---

| PLAINTIFF/GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | * | Susan Graham James |

---

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Monica Stump, Law Clerk
Jimmy Dickens, Court Reporter

---

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   SUPPRESSION HEARING


SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | 2:06cr214-MEF: USA vs. Daniel L. Platt: Suppression Hearing | |
|---|---|---|
| Date | 1/16/2007 | Location |

| Time | Speaker | Note |
|---|---|---|
| 2:01:06 PM | Court | Convenes |
| 2:01:51 PM | Defense | Request to limit testimony of Daniel Platt |
| 2:04:06 PM | Government | Responds to Defense Request |
| 2:06:58 PM | Defense | Replies to Government's Response |
| 2:09:10 PM | Government | Further responds |
| 2:14:36 PM | Court | Questions defense as to the limit of testimony of defendant; Defense responds; COURT will limit testimony as to if he did something criminal; Will allow use of impeachment testimony; Not look at Hear Say objections as being realistic under limiting circumstances |
| 2:20:53 PM | | Rule Invoked |
| 2:21:12 PM | Defense | Calls Witness Daniel L. Platt; Witness testifies |
| 2:36:41 PM | Government | Cross-Examines Witness |
| 2:51:05 PM | Defense | Re-Directs Witness |
| 2:53:11 PM | | Witness Excused |
| 2:54:03 PM | Defense | Calls Witness Katina Platt; Witness testifies |
| 2:57:53 PM | Government | Cross-Examines Witness |
| 3:05:21 PM | Defense | Re-Directs Witness |
| 3:06:10 PM | Court | Questions Witness |
| 3:08:26 PM | Government | Further Questions Witness; Witness Excused |
| 3:09:49 PM | Government | Calls Witness Lt. Don Pugh; Witness testifies |
| 3:15:56 PM | Defense | Cross Examines Witness |
| 3:25:19 PM | Government | Re-Directs Witness |
| 3:26:35 PM | | Witness Excused |
| 3:26:59 PM | Government | Calls Corporal Johnny Russell; Witness testifies |
| 3:29:36 PM | | Government Exhibit 6 Admitted; testimony continues |
| 3:39:53 PM | | Government Exhibits I and 2 Admitted; testimony continues |
| 3:46:52 PM | | Government Exhibit 3 Admitted; testimony continues |
| 3:48:03 PM | | Government Exhibit 4 Admitted; testimony continues |
| 3:49:17 PM | | Government Exhibit 5 Admitted; testimony continues |
| 3:50:37 PM | Defense | Cross-Examines Witness |
| 4:07:46 PM | Government | Re-Directs Witness |
| 4:12:47 PM | Defense | No further questions |
| 4:12:54 PM | Court | Questions Witness |
| 4:18:57 PM | Government | Asks follow up questions |
| 4:20:16 PM | | Break for 2 minutes |
| 4:25:01 PM | Court | Reconvenes; Questions counsel |
| 4:26:35 PM | Government | Makes stipulation that forensic can not give each deleted date of pornography |
| 4:32:16 PM | Defense | Makes Argument re: Scope of Search Warrant |
| 4:42:10 PM | Government | Responds to defense argument |
| 4:44:10 PM | | Parties may supplement any law in 3 days as to Internet Forensic |
| 4:46:21 PM | Defense | Responds to Court's question as to admissibility of statement |

| 4:54:48 PM | Government | Responds to Court's questions as to lack of immediate medical care |
| 5:01:38 PM | Defense | Responds to Court's question as to 2nd statement to Corporal Johnny Russell |
| 5:08:15 PM | | Court in Recess |
| | | |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| USA | * | |
| | * | |
| VS. | * | 2:06cr214-MEF |
| | * | |
| DANIEL L. PLATT | | |

## WITNESS LIST

| PLAINTIFF/GOVERNMENT | DEFENDANT |
|---|---|
| Lt. Don Pugh | Daniel L. Platt |
| 1. | 1. |
| 2. Corporal Johnny Russell | 2. Katina L. Platt |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

| USA | | GOVERNMENT'S EXHIBIT LIST |
|---|---|---|
| V. | | |
| DANIEL L. PLATT | | Case Number: 2:06cr214-MEF |

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WALLACE CAPEL, JR. | Tommie Brown Hardwick | Susan Graham James |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Suppression Hearing 1/16/07 | Jimmy Dickens | Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/16/07 | x | x | Miranda Rights for Platt |
| 2 | | 1/16/07 | x | x | Statement of Daniel Platt |
| 3 | | 1/16/07 | x | x | Application for Search Warrant; Attachment A (Property to be Seized); Aff in Support |
| 4 | | 1/16/07 | x | x | Search Warrant, Attachment A, Search Warrant Return & Inventory |
| 5 | | 1/16/07 | x | x | Evidence/Property Custody Document |
| 6 | | 1/16/07 | x | x | Miranda Warning (Signed and Dated 2/21/06 by Cpl Johnny Russell) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages