| COURTROOM DEPUTY'S MINUTES | DATE: 2/16/07 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording:  9:24 - 9:27 |

## PRETRIAL CONFERENCE

| PRESIDING MAG. JUDGE. WALLACE CAPEL, Jr. | DEPUTY CLERK: Wanda A. Robinson |
|---|---|
| CASE NUMBER:  2:06cr214-MEF | DEFENDANT(S): Daniel L. Platt |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
|  | * |  |
|  | * |  |
| Tommie Brown Hardwick | * | Denise Simmons |
|  |  |  |
|  | * |  |
|  | * |  |

❏ **DISCOVERY STATUS:**   Additional Forensic Examination of computer hard drive
                                         Otherwise discovery complete

❏ **PENDING MOTION STATUS:**   Motion to Suppress - Recommendation to issue next week

❏ **PLEA STATUS:**            Possible Plea

❏ **TRIAL STATUS**            2 days for Trial

❏ **REMARKS:**