IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CASE NO. 2:06cr214-MEF |
| DANIEL L. PLATT. | * | |

## NOTICE OF INTENT TO CHANGE PLEA

Comes now Susan G. James, attorney for Daniel L. Platt in the above referenced action and files this Notice of Intent to Change Plea.

Respectfully submitted this 28th day of February, 2007.

Susan G. James (JAM012)
Attorney for Platt

Address of Counsel:
Law Offices of
Susan G. James & Associates
600 S. McDonough St.
Montgomery, AL 36104
(334) 269-3330

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the above on Tommie Hardwick, Assistant United States Attorney, P.O. Box 197, Montgomery, Alabama, 36101, this 28th day of February 2007.

The above instrument was served via:
( ) personal service
(✓) first class mail
( ) certified mail, return receipt requested
( ) facsimile
( ) overnight courier

of Counsel