IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr214-MEF |
| | ) | |
| DANIEL L. PLATT | ) | |

<u>NOTICE OF BILL OF PARTICULARS</u>
<u>FOR FORFEITURE OF PROPERTY</u>

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney and hereby files the following Bill of Particulars:

Through the violation of Title 18, United States Code, Section 2252(a)(5)(B), as alleged in Count 1 of the indictment, which is punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 18, United States Code, Section 2253:

    A Dell laptop computer, Model PP02X, Serial Number 6Y561 A00 containing one Fujitsu hard drive, Model Number MHS2030AT, Serial Number NL13T3517NGW.

Respectfully submitted this 14th day of March, 2007.

                                    FOR THE UNITED STATES ATTORNEY
                                    LEURA G. CANARY

                                    /s/John T. Harmon
                                  John T. Harmon
                                  Assistant United States Attorney
                                  Office of the United States Attorney
                                  Middle District of Alabama
                                  Post Office Box 197
                                  Montgomery, Alabama 36101-0197
                                  Telephone:(334) 223-7280
                                  Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2007, I electronically filed the foregoing Bill of Particulars with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Tommie Hardwick** and **Susan G. James**.

    /s/John T. Harmon
John T. Harmon
Assistant United States Attorney