IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:06-cr-214-MEF |
| | ) |
| DANIEL L. PLATT | ) |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on February 26, 2007 (Doc. #42), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE of the court that defendant's motion to suppress (Doc. #20, #36) is DENIED.

DONE this the 29th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE