IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr214-MEF |
| | ) | |
| DANIEL L. PLATT | ) | |

FINAL ORDER OF FORFEITURE

WHEREAS, on April 2, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant Daniel L. Platt to forfeit the following property:

> One Dell laptop computer, Model PP02X, Serial Number 6Y561 A00 containing one Fujitsu hard drive, Model Number MHS2030AT, Serial Number NL13T3517NGW.

The United States published notice of this forfeiture in the Montgomery Advertiser newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

No timely petition has been filed; and,

The Court finds that defendant Daniel L. Platt had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 2253. The United States has established the requisite nexus between such property in the commission of the violation of 18 U.S.C. § 2252A(a)(5)(B).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 2253:

> One Dell laptop computer, Model PP02X, Serial Number 6Y561 A00 containing one Fujitsu hard drive, Model Number MHS2030AT, Serial Number NL13T3517NGW.

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

4. The Untied States of America's Motion for a Final Order of Forfeiture (Doc. # 58) is GRANTED; and,

5. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 11th day of September, 2007.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE