AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: **DANIEL L. PLATT** | Judgment — Page 2 of 6 |
| CASE NUMBER: **2:06CR214-MEF** | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**One hundred twenty (120) months.**

X The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility where mental health treatment is available.**

**The Court further recommends that defendant be designated to a facility where sex offender treatment is available.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**
OCT 10 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

RECEIVED 2007 OCT 10 P 2:45

## RETURN

I have executed this judgment as follows:

Defendant delivered on **8-30-07** to **FCC Forrest City med,**
at **Forrest City AR**, with a certified copy of this judgment.

T. C. Outlaw   Warda
UNITED STATES MARSHAL

By _Brown_ LTE
DEPUTY UNITED STATES MARSHAL